IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD HAKIMI,

    Plaintiff,

    v.

PASSPORT CAPITAL, LLC, et al.,

    Defendants.

No. C 17-02448 WHA

**ORDER REQUESTING FILING OF NOTICE OF PUBLICATION**

    Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported class period . . . ."

    By **NOON ON MAY 26, 2017**, please file a copy of the notice of publication. The date on which the notice was published should be clearly indicated.

    **IT IS SO ORDERED.**

Dated: May 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE