IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD HAKIMI,

    Plaintiff,

  v.

PASSPORT CAPITAL, LLC, et al.,

    Defendants.

                                   /

No. C 17-02448 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY GLEN OSTRAGER**

      The *pro hac vice* application of Attorney Glen Ostrager (Dkt. No. 13) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of New York" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: May 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE