**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD HAKIMI<br><br>Plaintiff(s),<br><br>v.<br><br>PASSPORT CAPITAL, LLC, et al.<br><br>Defendant(s). | Case No: 3:17-cv-02448-WHA<br><br>**AMENDED**<br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Glenn F. Ostrager, an active member in good standing of the bar of the Court of Appeals of New York, the highest court of the state of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Todd Hakimi in the above-entitled action. My local co-counsel in this case is Willem F. Jonckheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ostrager Chong Flaherty & Broitman P.C.<br>570 Lexington Avenue, 19th Floor<br>New York, NY 10022 | Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 681-0600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 788-4220 |
| MY EMAIL ADDRESS OF RECORD:<br>gostrager@ocfblaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wjonckheer@schubertlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1508456.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/24/17

Glenn F. Ostrager
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Glenn F. Ostrager is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 26, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE