IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD HAKIMI,

     Plaintiff,

  v.

PASSPORT CAPITAL, LLC, et al.,

     Defendants.

                /

No. C 17-02448 WHA

**ORDER VACATING REQUEST TO FILE NOTICE OF PUBLICATION**

The Court thanks plaintiff for his submission and agrees that the PSLRA does not govern this case. Accordingly, the order requesting filing of notice of publication is **VACATED**.

Dated: May 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE